FILED

09/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0224

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 23-0224

_____

THOMAS C. WEINER, M.D.,

      Plaintiff and Appellant,

  v.

ST. PETER'S HEALTH, a Montana Domestic
Nonprofit Corporation, d/b/a St. Peter's Hospital,

      Defendant and Appellee.

## GRANT OF UNOPPOSED SECOND EXTENSION OF TIME

Pursuant to the authority granted under Rule 26, M.R.App.P., and good cause appearing, Appellee's Unopposed Motion for Second Extension of Time to File Answer Brief is granted.

Appellee is granted an extension of time up to and including October 3, 2023, within which to file and serve its answer brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 11 2023